Date:   02/02/18      Judge:  Brinkema      Reporter:    A. Thomson
Time:   10:30am  -  10:34am                     Interpreter:
                                                  Language:
                                              Probation Email:
                                              Jury Email:

# UNITED STATES OF AMERICA

      v.

  NIKOLAI BOYSK                    1:17cr302
  Defendant's Name                  Case Number

  Mark Williams/William Powell        Nathaniel Smith/Lauren Britsch
  **Counsel for Defendant:**         **Counsel for Government**

**Matter called for:**
[ ] Arraignment     [ ] Pre-Indictment Plea   [ ] Change of Plea  [X] Motions
[ ] Sentencing       [ ] Revocation Hearing   [ ] Rule 35         [ ] Appeal (USMC)
[ ] Other
Deft appeared:  [ X ] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA    [ ] FA   [ ] PG   [ ] PNG  **Trial by Jury:**  [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on            at
[ ] Deft entered Plea of Guilty as to Count(s)         of the
[ ] Plea accepted, **Guilty Count(s)**
[ ] Motion for Dismissal of Count(s)                by  [ ] US  [ ] Deft
[ ] Order entered in open court       [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to:       at       for:
[ ] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of           Months heretofore imposed is REDUCED to a term of

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court:  [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of      months/days
 #27 Deft  Motion to Suppress  - DENIED

**Deft is:** [ ] In Custody  [X] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $             [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded  [ ] Deft Released on Bond  [ ] Deft Continued on Bond